# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| Ev-12 | E1379100 | Civitano | 509 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR □ USC □ State Code |
|---|---|
| 12/5/21 1154 | VSC 46.2 845 |

Place of Offense: Route 1

Offense Description: Factual Basis for Charge — HAZMAT □

Improper passing

**DEFENDANT INFORMATION** Phone: ( [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| walker | Matthew | |

Street Address

[redacted]

| Tag No. | State | Year | Make/Model | PASS □ | Color |
|---|---|---|---|---|---|
| VA 4841 | VA | 11 | honda | | Blu |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A □ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ 75.00 Forfeiture Amount |
| | + $30 Processing Fee |
| **PAY THIS AMOUNT AT www.cvb.uscourts.gov** → | $ 105.00 **Total Collateral Due** |

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 401 courthouse sq alexandria, va | 2/23/22 |
| | Time: 0900 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1379100*

CVB SCAN 12/16/2021 11:16

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 5 Dec, 20 21 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

while traveling northbound on Rt 1 a blue sedan cut me off unsafely forcing me to brake. I initiated a stop on the vehicle. The driver was identified as ~~matthew~~ walker. I verified all info and issued tick

The foregoing statement is based upon:

☒ my personal observation □ my personal investigation

□ information supplied to me from my fellow officer's observation

□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/6/21
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 12/16/2021 11:16